UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BORN POLEDORE,

                            Petitioner,                       **ORDER**

                  -against-                             **22-cv-4861 (ALC) (JW)**

UNITED STATES OF AMERICA and
FEDERAL BUREAU OF PRISONS,

                          Respondents.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of *pro se* Petitioner Born Poledore's letter at Dkt. No. 31 requesting an update in this action. The Court confirms that the petition is fully briefed, and this Court will issue a Report and Recommendation to District Judge Carter or schedule any necessary oral argument in due course. **The Clerk of the Court is respectfully requested to mail a copy of this order to Petitioner**.

SO ORDERED.

DATED:    New York, New York
                January 2, 2024

                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge